# NO. 12-17-00021-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *MICHAEL ALLYN KENNEDY,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Relator, Michael Allyn Kennedy, has filed this original mandamus proceeding complaining of the Texas Court of Criminal Appeals. This Court does not have mandamus jurisdiction over the Texas Court of Criminal Appeals. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004); *see also In re Patterson*, No. 05-13-00435-CV, 2013 WL 1701914, at *1 (Tex. App.—Dallas Apr. 19, 2013, orig. proceeding) (dismissing original proceeding complaining of court of criminal appeals for want of jurisdiction). Accordingly, we *dismiss* Relator's petition for a writ of mandamus for *want of jurisdiction*.

Opinion delivered January 11, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JANUARY 11, 2017

NO. 12-17-00021-CR

IN RE: MICHAEL ALLYN KENNEDY,
Relator

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Michael Allyn Kennedy; who is the relator in Cause No. 29326, pending on the docket of the 3rd Judicial District Court of Anderson County, Texas. Said petition for writ of mandamus having been filed herein on January 11, 2017, and the same having been duly considered, because it is the opinion of this Court that it lacks jurisdiction, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed for want of jurisdiction**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*